Jett SAYLOR

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

Feb. 18, 1955.

James S. Greene, Jr., Harlan, for appellant.

J. D. Buckman, Jr., Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Defendant was convicted of unlawfully trafficking in alcoholic beverages in local option territory, and his punishment was fixed at 30 days in jail and a $100 fine.

Finding no error in the record, the appeal is denied and the judgment is affirmed.

HOGG, J., not sitting.